Docusign Envelope ID: BBDA7D05-17DA-454F-9659-25A3F6D1B054

**SUBT**
**Gina M. Corena, Esq.**
Nevada Bar No. 10330
gina@lawofficecorena.com
**Mahna Pourshaban, Esq., Esq.**
Nevada Bar No. 13743
mahna@lawofficecorena.com
**GINA CORENA & ASSOCIATES**
300 S. Fourth Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SARA AJDAHIM, an Individual, | CASE NO.: 2:25-cv-00764-CDS-MDC |
| Plaintiff, | |
| v. | |
| NEXTPOINT FLAMINGO DST, BT, a foreign business trust, d/b/a NEXTPOINT FLAMINGO DST; DOE EMPLOYEES 1 through 10; DOES 11 through 20; ROE CORPORATIONS 21 through 30; and ABC LIMITED LIABILITY COMPANIES 31 through 40, inclusive, | **STIPLULATION AND ORDER OF SUBSTITUTION OF COUNSEL** |
| Defendants. | |

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

Pursuant to Rule 5.302, it is hereby stipulated and agreed that GINA CORENA & ASSOCIATES is hereby substituted in this matter as counsel for Plaintiff Sara Ajdahim in the place and stead of ZUMPANO PATRICIOS & HELSTEN PLLC.

. . .

. . .

. . .

1

Docusign Envelope ID: BBDA7D05-17DA-454F-9659-25A3F6D1B054

| ZUMPANO PATRICIOS & HELSTEN, PLLC | GINA CORENA & ASSOCIATES |
|---|---|
| *Danielle R. Jimenez*<br>Danielle R. Jimenez<br>Zumpano Patricios & Helsten, PLLC<br>1210 S. Valley View Blvd., Ste. 215<br>Las Vegas, NV 89102<br>(702) 583-3326<br>djimenez@zplaw.com | *Julia Armendariz*<br>Julia Armendariz<br>Nevada Bar No. 15865<br>300 S. 4th Street, Suite 1400<br>Las Vegas, NV 89101<br>(702) 680-1111<br>(888) 897-6507<br>julia@lawofficecorena.com |

Signed by:
*Sara Ajdahim*
Sara Ajdahim, Individually

## ORDER

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that GINA CORENA & ASSOCIATES is hereby substituted in this matter as counsel for Plaintiff Sara Ajdahim in the place and stead of ZUMPANO PATRICIOS & HELSTEN, PLLC.

The foregoing stipulation is granted per LR IA 11-6(c)

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
12-10-25

Submitted by:
*/s/ Julia Armendariz*
**GINA CORENA & ASSOCIATES**
Julia Armendariz
Nevada Bar No. 15865
300 S. 4th Street, Suite 1400
Las Vegas, NV 89101