Gina M. Corena, Esq.
Nevada Bar No. 10330
gina@lawofficecorena.com
Julia Armendariz, Esq.
Nevada Bar No. 15865
julia@lawofficecorena.com
GINA CORENA & ASSOCIATES
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SARA AJDAHIM, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NEXTPOINT FLAMINGO DST. BT, a foreign business trust, d/b/a NEXTPOINT FLAMINGO DST; DOE EMPLOYEES 1 through 10; DOES 11 through 20; ROE CORPORATIONS 21 through 30; and ABC LIMITED LIABILITY COMPANIES 31 through 40, inclusive<br><br>Defendants. | CASE NO.: 2:25-cv-00764-CDS-MDC<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES (THIRD REQUEST)** |

The parties hereby moves this Honorable Court for an order extending the deadlines in this matter to allow for further discovery. The parties seek a 90-day extension of deadlines. This is the third request.

**I.      INTRODUCTION AND GOOD CAUSE**

This request constitutes Plaintiff's Third Request to extend discovery deadlines. Good cause exists because Plaintiff's current counsel substituted into this matter in December 2025. [ECF No. 22]. Upon review of the file, counsel identified multiple categories of outstanding discovery requiring supplementation before Plaintiff can disclose expert witnesses.

In addition, Plaintiff relocated to New Jersey on November 25, 2025, and is in the process of establishing care with new treatment providers to address conditions related to the subject exposure. Plaintiff requires additional time to identify and treat with these providers, and both Plaintiff's and Defendants' experts will need those records to render informed opinions. Counsel has also identified treatment records that were produced without corresponding billing statements or certificates of custodian of records, requiring renewed requests to the providers for complete and properly authenticated records.

Plaintiff is now available for deposition and has provided deposition dates in February 2026. Those dates have been provided to Defendants. Because Plaintiff's deposition testimony will be material to expert analysis, the parties' experts will require, at a minimum, approximately forty-five (45) to sixty (60) days following Plaintiff's deposition to obtain the transcript and to review the testimony and incorporate it into their opinions. Due to Plaintiff's relocation, the Thanksgiving and Christmas holidays, and the timing of counsel's substitution, Plaintiff's counsel was unable to identify the need for this additional time when proposing the prior stipulation. Had this been apparent earlier, Plaintiff would have requested the extension at that time. The extension is sought in good faith and not for purposes of delay. Without the requested extension, Plaintiff would suffer prejudice by being unable to complete necessary discovery under newly assigned counsel.

## II.     DISCOVERY COMPLETED TO DATE

- The Parties participated in a telephonic Rule 26(f) Conference on June 2, 2025;

- Defendant served its initial FRCP 26(a)(1) disclosures on June 6, 2025;

- Plaintiffs served her initial FRCP 26(a)(1) disclosures on June 11, 2025;

- Plaintiff propounded her first set of interrogatories, requests for production, and requests for admission on June 13, 2025;

- Defendant served its first supplement to initial FRCP 26(a)(1) disclosures on June 16, 2025;

- Plaintiff served her first supplement to initial FRCP 26(a)(1) disclosures on

June 18, 2025;

• The Parties filed a Stipulated Joint Proposed Discovery Plan and Scheduling Order on June 24, 2025;

• Defendant served their responses to Plaintiff's first set of propounded written discovery requests including Answers to Interrogatories, Response to Request for Production, and Answer to Requests for Admission on July 30, 2025; and

• Plaintiff served has issues multiple subpoenas for records on August 6, 2025.

### III.   DISCOVERY REMAINING

• Deposition of Plaintiff;

• Depositions of Plaintiff's treating expert witnesses;

• Depositions of the Parties' retained expert witnesses;

• Depositions of fact witnesses;

• Service of the Parties' respective initial and rebuttal expert disclosures;

• The Parties will also be serving additional written discovery as this action proceeds;

• Defendant reserves the right to seek Rule 35 examinations of Plaintiff to the extent they are maintaining their claim for future damages for medical; and

• Exchange of Parties' expert and rebuttal disclosures.

### IV.   REASONS DISCOVERY HAS NOT BEEN COMPLETED

Plaintiff's current counsel substituted into this matter in November 2025 and, upon review of the file, identified outstanding discovery that must be completed before expert disclosures can be responsibly made. Plaintiff relocated to New Jersey on November 25, 2025, and is in the process of establishing care with new treatment providers, whose records will be necessary for expert review. Counsel has also identified incomplete treatment records lacking billing statements and certificates of custodian, requiring renewed requests to providers.

Plaintiff is now available for deposition and has provided deposition dates in February 2026. Because Plaintiff's testimony will be material to expert opinions, the parties' experts will require approximately forty-five (45) to sixty (60) days following Plaintiff's deposition to review the testimony and records before finalizing opinions.

### V.    PRIOR DISCOVERY DEADLINES AND TRIAL DATE

According to the Court's prior Order, Stipulation to Extend Discovery Deadlines (Second Request) [ECF No. 20], the existing deadlines are as follows:

| | |
|---|---|
| Amend Pleadings / Add Parties: | CLOSED |
| Initial Expert Disclosures: | March 2, 2026 |
| Rebuttal Expert Reports: | April 6, 2026 |
| Close of Discovery: | April 30, 2026 |
| Dispositive Motions: | June 1, 2026 |
| Joint Pretrial Order: | June 30, 2026 |

### VI.    PROPOSED DISCOVERY AND TRIAL SCHEDULE

| | |
|---|---|
| Amend Pleadings / Add Parties: | CLOSED |
| Initial Expert Disclosures: | June 1, 2026 |
| Rebuttal Expert Reports: | July 6, 2026 |
| Close of Discovery: | July 29, 2026 |
| Dispositive Motions: | August 31, 2026 |
| Joint Pretrial Order: | September 28, 2026 |

If dispositive motions are filed, the deadline for the Joint Pretrial Order will be suspended until 30 days after decision on the motions or further order of the Court.

### VII.    LEGAL STANDARD

Under FRCP 16(b)(4), a schedule may be modified only for good cause and with the judge's consent. Good cause exists when, despite diligence, a party cannot reasonably meet

4

existing deadlines. Further, LR 26-4 requires the movant to specify (1) discovery completed, (2) discovery remaining, (3) reasons for delay, and (4) a proposed new schedule all of which are satisfied herein.

Dated this 6th day of November, 2025    Dated this 6th day of November, 2025

**GINA CORENA & ASSOCIATES**            **RESNICK & LOUIS, P.C.**

*/s/ Julia Armendariz*                  */s/ Matthew Beckstead*
**GINA M. CORENA, ESQ.**                **JAMES M. BARRINGTON, ESQ.**
Nevada Bar No. 10330                    Nevada Bar No. 9252
**JULIA ARMENDARIZ, ESQ.**              **MATTHEW B. BECKSTEAD, ESQ.**
Nevada Bar No. 15865                    Nevada Bar No. 14168
300 S. Fourth Street, Suite 1400        8945 West Russell Road, Suite 330
Las Vegas, NV 89101                     Las Vegas, NV 89148
*Attorneys for Plaintiff*               *Attorneys for Defendant NextPoint*
*Sara Ajdahim*                          *Flamingo DST, BT d/b/a NextPoint*
                                        *Flamingo DST*

## ORDER

**IT IS HEREBY ORDERED** that based upon the foregoing stipulations and good cause appearing, the Parties' Stipulation to Extend Deadlines (Second Request) is hereby GRANTED.

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
1-6-26

Submitted by:

**Gina Corena & Associates**

*/s/ Julia Armendariz*
**GINA M. CORENA, ESQ.**
Nevada Bar No. 10330
**JULIA ARMENDARIZ, ESQ.**
Nevada Bar No. 15865
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
*Attorneys for Plaintiff*