Gina M. Corena, Esq.
Nevada Bar No. 10330
gina@lawofficecorena.com
Julia Armendariz, Esq.
Nevada Bar No. 15865
julia@lawofficecorena.com
GINA CORENA & ASSOCIATES
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SARA AJDAHIM, an individual;<br><br>            Plaintiff,<br><br>v.<br><br>NEXTPOINT FLAMINGO DST. BT, a foreign business trust, d/b/a NEXTPOINT FLAMINGO DST; DOE EMPLOYEES 1 through 10; DOES 11 through 20; ROE CORPORATIONS 21 through 30; and ABC LIMITED LIABILITY COMPANIES 31 through 40, inclusive<br><br>            Defendants. | **CASE NO.:** 2:25-cv-00764-CDS-MDC<br><br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES (FOURTH REQUEST)** |

The parties hereby moves this Honorable Court for an order extending the deadlines in this matter to allow for further discovery. The parties seek a 90-day extension of deadlines. This is the fourth request.

**I.      INTRODUCTION AND GOOD CAUSE**

This request constitutes Plaintiff's Fourth Request to extend discovery deadlines. Good cause exists because Plaintiff's current counsel substituted into this matter in December 2025. [ECF No. 22]. Upon review of the file, counsel identified multiple categories of outstanding discovery requiring supplementation before Plaintiff can disclose expert witnesses.

1

Plaintiff served discovery on Defendants in June of 2025. Ms. Armendariz substituted as counsel in November 2025. Since the time that Ms. Armendariz substituted as counsel, she has held several meet and confers to discuss critical outstanding documents from Defendants discovery production, including insurance disclosures. Ms. Armendariz met and conferred with Mr. Beckstead regarding outstanding discovery on January 13, 2026, relating to insurance and outstanding liability documents. At that time, the parties were concerned primarily about confirming the insurance coverage which took Defendants a significant period of time to confirm. Defendants ultimately produced a denial of coverage letter from a nonparty Defendant, Calida Group and are maintaining the position that no further insurance applies to the claim.

Following that representation, Ms. Armendariz requested an update regarding the remaining meet and confer items outlined in her January 13, 2026 letter. Ms. Beckstead provided supplemental responses to Defendants written discovery on April 2, 2026. However, Plaintiff alleges the supplemental responses are deficient because instead of a subsequent document production, Defendants direct Plaintiff to third-parties who are in possession of nearly every supplemental response—non parties Greystar and Calida Group. Plaintiff has now prepared subpoenas for the nonparties requesting the outstanding documents and requesting information regarding their insurance coverage that may extend coverage to this incident. Plaintiff also prepared another meet and confer letter (dated April 23, 2026), served new discovery on Defendants. and served Defendant with a FRCP 30(b)(6) notice to permit discovery into several of these topics. Additionally, Defendant's Counsel has had trouble responding promptly to each of Plaintiff's request due to the departure of five attorneys since the beginning of this year.

The extension is sought in good faith and not for purposes of delay. Without the requested extension, Plaintiff would suffer prejudice by being unable to complete necessary expert discovery while subpoenas are still pending, and insurance coverage remains outstanding.

## II.    DISCOVERY COMPLETED TO DATE

• The Parties participated in a telephonic Rule 26(f) Conference on June 2, 2025;

• Defendant served its initial FRCP 26(a)(1) disclosures on June 6, 2025;

• Plaintiffs served her initial FRCP 26(a)(1) disclosures on June 11, 2025;

• Plaintiff propounded her first set of interrogatories, requests for production, and requests for admission on June 13, 2025;

• Defendant served its first supplement to initial FRCP 26(a)(1) disclosures on June 16, 2025;

• Plaintiff served her first supplement to initial FRCP 26(a)(1) disclosures on June 18, 2025;

• The Parties filed a Stipulated Joint Proposed Discovery Plan and Scheduling Order on June 24, 2025;

• Defendant served their responses to Plaintiff's first set of propounded written discovery requests including Answers to Interrogatories, Response to Request for Production, and Answer to Requests for Admission on July 30, 2025; and

• Plaintiff served has issues multiple subpoenas for records on August 6, 2025.

• Plaintiff served a meet and confer letter dated January 13, 2026

• Plaintiff served a meet and confer letter dated April 23, 2026

• Defendant's Supplemental Reponses to First Set of Discovery dated April 2, 2026

• Plaintiff served her second set of Interrogatories and Request for Admissions on April 28, 2026

## II.    DISCOVERY REMAINING

• Deposition of Plaintiff;

• Depositions of Plaintiff's treating expert witnesses;

• Depositions of the Parties' retained expert witnesses;

• Depositions of fact witnesses;

• Service of the Parties' respective initial and rebuttal expert disclosures;

• The Parties will also be serving additional written discovery as this action proceeds;

3

• Defendant reserves the right to seek Rule 35 examinations of Plaintiff to the

  extent they are maintaining their claim for future damages for medical; and

• Exchange of Parties' expert and rebuttal disclosures.

## IV.    REASONS DISCOVERY HAS NOT BEEN COMPLETED

Plaintiff served discovery on Defendants in June of 2025. Ms. Armendariz substituted as counsel in November 2025. Since the time that Ms. Armendariz substituted as counsel, she has held several meet and confers to discuss critical outstanding documents from Defendants discovery production, including insurance disclosures. Ms. Armendariz met and conferred with Mr. Beckstead regarding outstanding discovery on January 13, 2026, relating to insurance and outstanding liability documents. At that time, the parties were concerned primarily about confirming the insurance coverage which took Defendants a significant period of time to confirm. Defendants ultimately produced a denial of coverage letter from a nonparty Defendant, Calida Group and are maintaining the position that no further insurance applies to the claim.

Following that representation, Ms. Armendariz requested an update regarding the remaining meet and confer items outlined in her January 13, 2026 letter. Ms. Beckstead provided supplemental responses to Defendants written discovery on April 2, 2026. However, Plaintiff alleges the supplemental responses are deficient because instead of a subsequent document production, Defendants direct Plaintiff to third-parties who are in possession of nearly every supplemental response—non parties Greystar and Calida Group. Plaintiff has now prepared subpoenas for the nonparties requesting the outstanding documents and requesting information regarding their insurance coverage that may extend coverage to this incident. Plaintiff also prepared another meet and confer letter (dated April 23, 2026),served new discovery on Defendants on April 28, 2026, and served Defendant with a FRCP 30(b)(6) notice to permit discovery into several of these topics.   Additionally, Defendant's Counsel has had trouble responding promptly to each of Plaintiff's request due to the departure of five attorneys since the beginning of this year.

The extension is sought in good faith and not for purposes of delay. Without the requested extension, Plaintiff would suffer prejudice by being unable to complete necessary expert discovery while subpoenas are still pending, and insurance coverage remains outstanding.

## V.  PRIOR DISCOVERY DEADLINES AND TRIAL DATE

According to the Court's prior Order, Stipulation to Extend Discovery Deadlines (Third Request) [ECF No. 20], the existing deadlines are as follows:

| | |
|---|---|
| Amend Pleadings / Add Parties: | CLOSED |
| Initial Expert Disclosures: | June 1, 2026 |
| Rebuttal Expert Reports: | July 6, 2026 |
| Close of Discovery: | July 29, 2026 |
| Dispositive Motions: | August 31, 2026 |
| Joint Pretrial Order: | September 28, 2026 |

## VI.  PROPOSED DISCOVERY AND TRIAL SCHEDULE

| | |
|---|---|
| Amend Pleadings / Add Parties: | CLOSED |
| Initial Expert Disclosures: | August 30, 2026 |
| Rebuttal Expert Reports: | October 4, 2026 |
| Close of Discovery: | October 27, 2026 |
| Dispositive Motions: | November 29, 2026 |
| Joint Pretrial Order: | December 28, 2026 |

If dispositive motions are filed, the deadline for the Joint Pretrial Order will be suspended until 30 days after decision on the motions or further order of the Court.

## VII.  LEGAL STANDARD

Under FRCP 16(b)(4), a schedule may be modified only for good cause and with the judge's consent. Good cause exists when, despite diligence, a party cannot reasonably meet existing deadlines. Further, LR 26-4 requires the movant to specify (1) discovery completed, (2)

discovery remaining, (3) reasons for delay, and (4) a proposed new schedule all of which are satisfied herein.

Dated this 29th day of April, 2026

**GINA CORENA & ASSOCIATES**

*/s/ Julia Armendariz*
**GINA M. CORENA, ESQ.**
Nevada Bar No. 10330
**JULIA ARMENDARIZ, ESQ.**
Nevada Bar No. 15865
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
*Attorneys for Plaintiff*
*Sara Ajdahim*

Dated this 29th day of April, 2026

**RESNICK & LOUIS, P.C.**

*/s/ Mathew Beckstead*
**JAMES M. BARRINGTON, ESQ.**
Nevada Bar No. 9252
**MATTHEW B. BECKSTEAD, ESQ.**
Nevada Bar No. 14168
8945 West Russell Road, Suite 330
Las Vegas, NV 89148
*Attorneys for Defendant NextPoint*
*Flamingo DST, BT d/b/a NextPoint*
*Flamingo DST*

## ORDER

**IT IS HEREBY ORDERED** that based upon the foregoing stipulations and good cause appearing, the Parties' Stipulation to Extend Deadlines (Fourth Request) is hereby GRANTED.

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
5-1-26

Submitted by:

**Gina Corena & Associates**
*/s/ Julia Armendariz*
**GINA M. CORENA, ESQ.**
Nevada Bar No. 10330
**JULIA ARMENDARIZ, ESQ.**
Nevada Bar No. 15865
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
*Attorneys for Plaintiff*