AMANDA J. BROOKHYSER, ESQ., Bar No. 11526
abrookhyser@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone:  702.382.2101
Facsimile:   702.382.8135

*Attorneys for Sara Ajdahim*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SARA AJDAHIM, AN INDIVIDUAL, <br><br> *Plaintiff,* <br><br> v. <br><br> NEXTPOINT FLAMINGO DST. BT, a foreign business trust, d/b/a NEXTPOINT FLAMINGO DST; DOE EMPLOYEES 1 through 10; DOES 11 through 20; ROE CORPORATIONS 21 through 30; and ABC LIMITED LIABILITY COMPANIES 31 through 40, inclusive, <br><br> *Defendants* | CASE NO. 2:25-cv-00764-CDS-MDC <br><br><br> **MOTION FOR REMOVAL FROM THE CM/ECF SERVICE LIST AND PROPOSED ORDER GRANTING MOTION** |

Amanda J. Brookhyser, Esq., of the law firm Brownstein Hyatt Farber Schreck, LLP ("BHFS"), hereby move this Court to be removed from the CM/ECF Service List for this case (the "Motion").

Amanda J. Brookhyser, Esq., no longer works at the law firm of Zumpano Patricios Popok Helsten, PLLC. Accordingly, BHFS respectfully requests that this Motion be granted and that Amanda J. Brookhyser, Esq., be removed from the CM/ECF Service List for this action.

DATED June 1, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: */s/ Amanda J. Brookhyser*
AMANDA J. BROOKHYSER, ESQ., Bar No. 11526

51393262

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

## ORDER

Good cause appearing, it is hereby ordered that Amanda J. Brookhyser, Esq., of the law firm Brownstein Hyatt Farber Schreck, LLP, be removed from the CM/ECF Service List for this action.

**IT IS SO ORDERED.**

_____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED: 6-10-26 _____

- 2 -

51393262

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **MOTION FOR REMOVAL FROM THE CM/ECF SERVICE LIST AND PROPOSED ORDER GRANTING MOTION** was served via electronic service on the 1st day of June, 2026, to all parties on the CM/ECF service list.

*/s/ Dominique Hoskins*
An employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP

- 3 -

51393262