**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Sara Ajdahim,

Plaintiff(s),

vs.

NexPoint Flamingo DST, BT, *et al.*,

Defendant(s).

2:25-cv-00764-CDS-MDC

**ORDER GRANTING MOTION TO WITHDRAW (ECF NO. 34)**

Counsel, Gina M. Corena and Julia Armendariz, of Gina Corena & Associates, filed a *Motion to Withdraw* ("Motion"). *ECF No. 34*. The Court **GRANTS** this Motion.

Counsel argues that there are irreconcilable differences between them and the plaintiff. *ECF No. 34 at 1*. "[C]ourts generally consider the following four factors when ruling upon a motion to withdraw: (1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Castillo v. W. Range Ass'n*, No. 3:16-cv-00237-RCJ-CLB, 2024 U.S. Dist. LEXIS 60553, at *5 (D. Nev. Mar. 29, 2024)(citing cases). All factors favor granting withdrawal. Counsel seeks to withdraw due to irreconcilable differences. Prejudice is minimized because no one opposes counsel withdrawing. There might be a slight delay but given that the parties stipulated to extend discovery deadlines, the delay is agreeable to the parties. Plaintiff will need to either find new counsel or represent herself going forward. The Court grants the Motion.

Accordingly,

**IT IS ORDERED that:**

1. Counsel's *Motion to Withdraw* (ECF No. 34) is **GRANTED.**
2. Plaintiff has until **December 14, 2026** to file either (1) a Notice of Appearance of Substitute Counsel or (2) an application for electronic filing pursuant to Local Rule IC 2-1(b) and (d).

3. The Clerk of Court is also directed to **MAIL** a copy of this Order to: Sara Ajdahim, 2327 Forest Grove Ave. Toms River, New Jersey, 08753.

DATED: November 17, 2026.

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.